## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-7586-JEM | Date | December 20, 2010 |
|---|---|---|---|
| Title | Thomas Maloney v. Stellar Recovery, Inc., | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        **(IN CHAMBERS) ORDER RE NOTICE OF VOLUNTARY DISMISSAL**

   The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal filed December 14, 2010. The Court orders this case dismissed with prejudice pursuant to said Notice.

| | : | |
|---|---|---|
| Initials of Preparer | sa | |